### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH YIJUN.RUAN@GMAIL.COM, STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 1:20-mj-00362-JCN<br><br>Filed Under Seal |

### GOVERNMENT'S MOTION TO SEAL SEARCH WARRANT AND SEARCH WARRANT APPLICATION AND ATTACHMENTS FOR SIXTY DAYS, PURSUANT TO LOCAL RULE 157.6(b)

The United States of America respectfully requests that this Court issue an order, pursuant to Local Rule 157.6(b), sealing all papers submitted in support of this application, including the application and the resulting search warrant, for a period of 60 days following the issuance of the warrant, until February 28, 2021. The above documents discuss an ongoing criminal investigation that is neither public nor known to the target of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

For these reasons, sealing of the search warrant application and related documents, and the resulting warrant, until February 28, 2021, is requested pursuant to Local Rule 157.6(b).

Executed on December 30, 2020.

>HALSEY B. FRANK
>UNITED STATES ATTORNEY
>
>/s/ Craig M. Wolff
>Craig M. Wolff
>Assistant United States Attorney
>U.S. Attorney's Office
>100 Middle Street Plaza, East Tower
>Portland, ME  04101
>(207) 780-3257