**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH YIJUN.RUAN@GMAIL.COM, STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 1:20-mj-00362-JCN<br><br>Filed Under Seal |

**APPLICATION FOR ORDER COMMANDING GOOGLE NOT TO NOTIFY
ANY PERSON OF THE EXISTENCE OF SEARCH WARRANT**

The United States requests that the Court order Google not to notify any person (including the subscribers or customers of the accounts listed in the above-captioned warrant) of the existence of the warrant for 60 days, until February 28, 2021.

Google is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computer service, as defined in 18 U.S.C. § 2711(2). Under 18 U.S.C. § 2703, the United States obtained the above warrant which requires Google to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

In this case, such an order would be appropriate because the search warrant relates to an ongoing criminal investigation that is neither public nor known to the target of the investigation, and its disclosure may alert the target to the ongoing investigation. Accordingly, there is reason to believe that notification of the existence of the warrant will seriously jeopardize the investigation, including by giving the target an opportunity to flee from prosecution or destroy or tamper with evidence. *See* 18 U.S.C. § 2705(b)(2), (3). Much of the evidence in this

investigation is stored electronically. If alerted to the investigation, the target could destroy that evidence, including information saved to personal computers or other devices.

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing Google not to disclose the existence or content of the search warrant until February 28, 2021, except that Google may disclose the warrant to an attorney for Google for the purpose of receiving legal advice.

The United States further requests that the Court order that this application and any resulting order be sealed until further order of the Court. As explained above, these documents discuss an ongoing criminal investigation that is neither public nor known to the target of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Executed on December 30, 2020.

HALSEY B. FRANK
UNITED STATES ATTORNEY

Craig M. Wolff
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street Plaza, East Tower
Portland, ME  04101
(207) 780-3257
craig.wolff@usdoj.gov