AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:20-mj-00362-JCN | 12/31/2020 2:44pm | Google Law Enforcement Portal |

Inventory made in the presence of :
N/A

Inventory of the property taken and name of any person(s) seized:

On 01/13/2021, Google submitted 17 zip files to the Google Law Enforcement Portal and a letter certifying the authencity of the records. Google complied with the request by providing documents relating to the account at issue.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/27/2021

_Executing officer's signature_

Christopher J. White  Special Agent
_Printed name and title_